AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Facundo Gregorio-Gonzalez

**CRIMINAL COMPLAINT**

Case Number: M-19-1115-M

IAE    YOB: 1975
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 14, 2019** in **Starr** County, in the **Southern** District of **Texas** *(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Facundo Gregorio-Gonzalez was encountered by Border Patrol Agents near Roma, Texas on May 14, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 14, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 7, 2019 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 18, 2018, the defendant was convicted of 8 USC 1326, Illegal Reentry and sentenced to time served.

Approved by AUSA S. DiPIAZZA  5/16/19  8:11am

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

May 16, 2019  — 8:24 a.m.

Signature of Complainant
**Claudia Garcia**  Border Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer